**Matthew RYAN, Appellant,**

v.

**TBR ENTERPRISES, INC., d/b/a Schulze Tool Company, Respondent.**

**No. WD 67782.**

Missouri Court of Appeals, Western District.

Aug. 14, 2007.

Rehearing Denied Sept. 25, 2007.

Matthew Ryan, Odessa, MO, Appellant pro se.

Michelle Daum Haskins, Kansas City, MO, for Respondent.

Before HOWARD, C.J., and BRECKENRIDGE and ELLIS, JJ.

### Order

PER CURIAM.

Matthew Ryan appeals the Labor and Industrial Relations Commission Final Award Denying Compensation to his workers' compensation claim. The Commission affirmed and adopted the Administrative Law Judge's award and decision denying benefits. There was sufficient competent and substantial evidence to support the denial. The judgment of the Commission is affirmed.

Rule 84.16(b).